UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES E. HENRY, ) | CASE NO. 4:19CV322 |
| Petitioner, ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) | Magistrate Judge George J. Limbert |
| WARDEN MARK K. WILLIAMS, ) | |
| Respondent. ) | REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

On February 8, 2019, pro se Petitioner James E. Henry ("Petitioner") executed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which was filed with this Court on February 11, 2019. ECF Dkt. #1[1]. In his § 2241 federal habeas corpus petition, Petitioner requests that he be awarded good-time credits at a rate of 54 days per qualifying year as required by the First Step Act of 2018. *Id.* On April 8, 2019, this case was referred to the undersigned for a Report and Recommendation as to the § 2241 federal habeas corpus petition. ECF Dkt. #8.

On May 23, 2019, Assistant Federal Public Defender Christian J. Grostic, now counsel for Petitioner, filed a motion to stay further proceedings in this matter. ECF Dkt. #14. Counsel for Petitioner asserted that the Federal Bureau of Prisons ("BOP") indicated that it was going to recalculate good-time credits after the United States Attorney General completed a "risk and needs assessment system" which was due on July 19, 2019. *Id.* at 1. Petitioner's counsel indicated that under the BOP's calculation at that time, Petitioner was scheduled to be released on October 1, 2019, but under the new law, Petitioner would be scheduled for release on September 3, 2019. *Id.* at 2. Counsel for Petitioner requested that proceedings be stayed until July 20, 2019, the date that the BOP stated it would recalculate good-time credits. *Id.* The undersigned granted the stay until July 20, 2019.

---

[1] Page numbers in this report and recommendation refer to the Page ID# in the electronic filing system.

On July 22, 2019, Petitioner and his counsel filed the instant motion to dismiss his § 2241 federal habeas corpus petition as moot. ECF Dkt. #15. Petitioner explained that the BOP had recalculated his good-time credits as he requested and he now has a scheduled release date of September 3, 2019, which is the relief that he was requesting in his § 2241 federal habeas corpus petition. *Id.*

Since Petitioner has been given the relief that he requested in his instant § 2241 federal habeas corpus petition, the undersigned recommends that the Court find that the petition is moot and DISMISS Petitioner's § 2241 federal habeas corpus petition in its entirety with prejudice.

DATE: July 30, 2019                  */s/ George J. Limbert*
                                      GEORGE J. LIMBERT
                                      UNITED STATES MAGISTRATE JUDGE


ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice. Fed. R. Civ. P. 72; L.R. 72.3. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. L.R. 72.3(b).